EL PUEBLO, DEMANDANTE Y APELADO, *v.* MÁRQUEZ HERMANOS, ACUSADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en causa por infracción a la Ley de Pesas y Medidas.

No. 1713.—Resuelto en julio 8, 1921.

PESAS Y MEDIDAS FALSAS—COMPRAVENTA DE CAÑAS USANDO ROMANA DEFECTUOSA QUE NO ES PROPIA.—Una sociedad que pesaba las cañas que compraba a varios colonos en una romana de peso incompleto perteneciente y al cuidado exclusivo de la central que había de moler las cañas, es responsable de violar la sección 14 de la Ley de Pesas y Medidas, aún cuando la diferencia de peso no beneficiara a la denunciada sociedad compradora sino a la central.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. A. Lens Cuena.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Los apelantes Márquez Hermanos fueron denunciados y condenados por infringir la sección 14 de la Ley de Pesas y Medidas porque ilegal, voluntaria y maliciosamente usaban para pesar cañas de azúcar de sus colonos una báscula que acusaba peso falso o incompleto.

Aparece de la prueba que dicha báscula daba peso incompleto y esto no se discute por los apelantes quienes alegan como único motivo de su recurso que la corte inferior cometió error al declarar culpable a la sociedad apelante porque la prueba presentada en el juicio no sostuvo la acusación formulada en la denuncia.

Resulta de la prueba que la sociedad apelante pesaba sus cañas y las que compraba a algunos colonos en la báscula de la "Central Coloso" que estaba al cuidado de un empleado de ésta y con dichos pesos las entregaba a la central para que las molieran por lo que el perjuicio que resultara por el defecto de la báscula redundaba en beneficio de la central. Por esto es que alega la apelante que no es responsable ella del defecto de dicha romana, pero la sección 14 de la ley

por cuya infracción se les ha condenado dispone que ninguna persona usará, ordenará o permitirá que se use en ninguna transacción industrial o comercial ninguna báscula, balanza, romana u otro instrumento, aparato o utensilio para la computación de pesas y medidas que registre, demuestre o indique un peso o medida falso; y el hecho es que Márquez Hermanos usaban esa báscula que daba peso falso para determinar la cantidad de cañas que le vendían sus colonos y que para éstos resultaba un perjuicio en cuanto al dinero que habían de recibir de Márquez Hermanos. Es cierto que los apelantes no tenían la vigilancia o control de la romana, como exponen en su alegato, pero la ley no exige este requisito sino solamente que se use dando un peso falso y puesto que la usaban en sus transacciones con sus colonos debieron cerciorarse, para que no sufrieran perjuicio, de que daba un peso exacto. No se ha demostrado que sabían que la báscula daba peso de menos, pero tampoco la ley exige prueba alguna de intención criminal para este delito según resolvimos en el caso de *El Pueblo* v. *Escriba,* 26 D. P. R. 236, donde esta cuestión fué ampliamente considerada.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.